E-FILED
Friday, 16 March, 2018 04:52:18 PM
Clerk, U.S. District Court, ILCD

FILED
MAR 16 2018
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Your Honor,   March 15, 2018

My son Ellis Mack is a straight A student. He is a very loving and caring young man. that will do anything for his family and friends. He's never been in any kind of trouble. Ellis has been a big help taking care of his brothers while I work and helping them with homework and also doing household chores. On the weekends Ellis would rather stay home and play board games and video games with his family than go out with friends. Ellis wants to graduate high school and follow his dream of going to college and or into the military. My son is a good kid that made some poor choices. Please allow Ellis to come home to continue his education and get back on the right track!

FILED 3/15/18

MAR 16 2018

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

I have known Ellis for a year or so and in that time I have never seen or heard that he was in trouble.

In the few times that I have been around Ellis he has always been well behaved.

Sincerely,
Jody L Cappellano