E-FILED
Wednesday, 04 April, 2018 03:11:42 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-CR-200 14 |
| ) | |
| MICHAEL HARI, JOE MORRIS, ) | Title 18, United States Code, |
| MICHAEL McWHORTER, and ) | Sections 922(o) and 924(a)(2). |
| ELLIS "EJ" MACK, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

### COUNT 1
(Unlawful Possession of a Machinegun)

**THE GRAND JURY CHARGES:**

In or around October of 2017, up to and including February 27, 2018, in Ford County, in the Central District of Illinois, and elsewhere,

**MICHAEL HARI, JOE MORRIS,
MICHAEL McWHORTER, and ELLIS "EJ" MACK,**

defendants herein, knowingly possessed a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

A TRUE BILL.

s/Foreperson

FOREPERSON

s/Gregory Harris

JOHN E. CHILDRESS
United States Attorney

ELM