E-FILED
Tuesday, 16 October, 2018  03:35:47 PM
Clerk, U.S. District Court, ILCD

Acceptance of Plea of Guilty (7/29/2011)

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

      vs.                                     Case No. 18-cr-20014

Ellis Mack

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of United States Magistrate Judge Eric Long, to which there has been no timely objection, the Defendant's plea of guilty to Counts 1s and 2s of the Superseding Indictment are hereby accepted and Defendant is adjudged guilty of such offenses.

Sentencing remains scheduled for 1/9/2019 at 2:30 p.m. in Courtroom A in Urbana.

DATED:  October 16, 2018

s/Sara Darrow
Sara Darrow
UNITED STATES DISTRICT JUDGE

Copies to:
Assistant U.S. Attorney
Counsel for Defendant
Defendant
U.S. Marshal
U.S. Probation