IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | Case No. | 18-CR-20014 |
| ) | | |
| ELLIS "EJ" MACK, ) | | |
| Defendant. ) | | |

## MOTION TO CONTINUE

NOW COMES the Defendant, ELLIS "EJ" MACK, by and through his attorney, LAWRENCE T. SOLAVA, of BECKETT LAW OFFICE, P.C., and in support of his Motion to Continue states as follows:

1. This matter is set for sentencing hearing on January 9, 2019, at 2:30 p.m.

2. That good cause exists to delay the sentencing hearing in that matters outside the record in this case involve the presentation of evidence and arguments regarding unrelated cases. Under the plea agreement, the U.S. Attorney and Defense counsel must have this information to make sentencing recommendations and arguments for the appropriate disposition of this case

3. Defense counsel has consulted with the U. S. Attorney and they do not oppose the requested continuance.

4. That a continuance of approximately 90 days may place the parties in a position to conclude the case.

5  That this continuance is sought in the interest of justice and not for purposes of delay.  The Defendant is fully aware of this request and agrees with defense counsel's advice regarding this request for a continuance.

WHEREFORE the Defendant, ELLIS "EJ" MACK, prays that the current sentencing hearing be vacated and the matter be set for new dates in April, 2019, consistent with the Court's schedule, and for such other relief deemed just and appropriate.

Respectfully submitted,
ELLIS "EJ" MACK, Defendant


By: */s/ Lawrence T. Solava*
   LAWRENCE T. SOLAVA
   Attorney for the Defendant, ELLIS "EJ" MACK


**LAWRENCE T. SOLAVA**
**BECKETT LAW OFFICE, P.C.**
**508 South Broadway Avenue**
**Urbana IL  61801**
**(217) 328-0263 [Voice]**
**(217) 328-0290 [Facsimile]**
lawrence@beckettlawpc.com
A.R.D.C. # 6243927

## CERTIFICATE OF SERVICE

I hereby certify that on November ??, 2018, I electronically filed the above **Motion to Continue** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Eugene Miller, Assistant U.S. Attorney - 201 South Vine Street, Urbana, IL**

and I hereby certify that on November ??, 2018, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:

**N/A**

        Respectfully submitted,

By:    */s/ Lawrence T. Solava*
        LAWRENCE T. SOLAVA
        Attorney for the Defendant, ELLIS "EJ" MACK

**LAWRENCE T. SOLAVA**
**BECKETT LAW OFFICE, P.C.**
**508 South Broadway Avenue**
**Urbana IL  61801**
**(217) 328-0263 [Voice]**
**(217) 328-0290 [Facsimile]**
lawrence@beckettlawpc.com
A.R.D.C. # 6243927