E-FILED
Tuesday, 04 June, 2019  10:43:04 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | Case No. | 18-CR-20014 |
| | ) | | |
| ELLIS "EJ" MACK, | ) | | |
| Defendant. | ) | | |

## MOTION TO CONTINUE

NOW COMES the Defendant, ELLIS "EJ" MACK, by and through his attorney, LAWRENCE T. SOLAVA, of  BECKETT LAW OFFICE, P.C., and in support of his Motion to Continue states as follows:

1. This matter is set for sentencing hearing on July 23, 2019, at 10:00 a.m.

2. That good cause exists to delay the sentencing hearing in that matters outside the record in this case involve the presentation of evidence and arguments regarding unrelated cases.  Under the plea agreement, the U.S. Attorney and Defense counsel must have this information to make sentencing recommendations and arguments for the appropriate disposition of this case

3. Defense counsel has consulted with the U. S. Attorney and they do not oppose the requested continuance.

4. That a continuance of approximately 90 days may place the parties in a position to conclude the case.